**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

UNITED STATES OF AMERICA     §
§
§
§
VS.                             §       CRIMINAL NO. H-12-019
§
§
§
JAMAL GERARD MOSE-BURREL     §

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No 14.).   The

court finds that the interests of justice are served by  granting  this continuance and that those

interests outweigh the interests of the public and the defendants in a speedy trial. The  motion for

continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | April 16, 2012 |
| Responses are to be filed by: | April 30, 2012 |
| Pretrial conference is reset to**:** | **May 2, 2012 at 9:00 a.m.** |
| Jury trial and selection are reset to: | **May 14, 2012 at 9:00 a.m.** |

SIGNED on February 29, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge